**Aaron L. HENRY, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 471, 2016**

Supreme Court of Delaware.

Submitted: October 27, 2016

Decided: December 20, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. Nos. 1304002901, 1406003139

AFFIRMED.

■

**Alexander JONES,[1] Petitioner Below, Appellant/Cross–Appellee,**

v.

**Adriana JONES, Respondent Below, Appellee/Cross–Appellant.**

**No. 541, 2015**

Supreme Court of Delaware.

Submitted: October 21, 2016

Decided: December 21, 2016

Court Below—Family Court of the State of Delaware, File No. CN12–04851 Petition Nos. 14–17806 and 15–09995

REMANDED.